# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Charles Mozingo

Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00059
Assigned To : Faruqui, Zia M.
Assign. Date : 2/13/2024
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Charles Mozingo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Date:   02/13/2024

_Zia M. Faruqui_
Issuing officer's signature

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 2/13/2024, and the person was arrested on (date) 4/4/2024
at (city and state)  Chehalis, WA.

Date:  4/4/2024

_Samuel Wharton_
Arresting officer's signature

Samuel Wharton, Special Agent
Printed name and title